# First District Court of Appeal
## State of Florida

_____

No. 1D18-2925
_____

Maxine Lakesha Davis-Eakins,

   Appellant,

v.

State of Florida,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 24, 2019


Per Curiam.

   Affirmed.

Rowe, Jay, and M.K. Thomas, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.